ELECTRONICALLY FILED
2021 Jul 08 AM 11:21
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000447

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | | |
|---|---|---|
| MELINDA MOCK,<br>    3915 Hagemann<br>    Kansas City, KS 66106 | ) )<br>)<br>)<br>) | |
|               Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. |
| MARK HUNZINGER,<br>    Serve at:<br>    1405 Bristol Dr.<br>    South Park Township, PA 15129 | )<br>)<br>)<br>)<br>) | Division<br><br>Pursuant to K.S.A. Chapter 60 |
| and | )<br>) | |
| WHEATON VAN LINES, INC.,<br>    Serve:<br>    Gerber Moving & Storage, Inc.,<br>    Resident Agent<br>    2222 S. 138th St.<br>    Bonner Springs, KS 66012 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
|               Defendants. | )<br>) | |

## PETITION FOR DAMAGES

Pursuant to K.S.A. Chapter 60, and for her claims for relief against Defendant Mark Hunzinger ("Defendant Hunzinger") and Defendant Wheaton Van Lines, Inc. ("Defendant Wheaton"), Plaintiff, by and through the undersigned counsel, states, avers and alleges as follows:

### THE PARTIES

1.      At all relevant times, Plaintiff was and is an individual and resident of Kansas City, Wyandotte County, Kansas.

2.      At all relevant times, Defendant Hunzinger was and is an individual and resident of South Park Township, Allegheny County, Pennsylvania.  Upon information and belief, Defendant Hunzinger currently resides and may be served with process at 1405 Bristol Drive,

1


EXHIBIT
A

South Park Township, Pennsylvania 15129.

3.     At all relevant times, Defendant Wheaton was and is a foreign corporation that may be served with process via its resident agent, Gerber Moving & Storage, Inc., at 2222 S. 138th Street, Bonner Springs, Kansas 66012.

## JURISDICTION & VENUE

4.     This Court has both subject matter and personal jurisdiction of this matter and the parties.

5.     Per K.S.A. 60-603 and K.S.A. 60-604, venue is proper in this court.

## FACTS COMMON TO ALL COUNTS

6.     On June 12, 2020, at approximately 7:00 a.m., Plaintiff was operating her vehicle, a 2011 Ford westbound on Kansas Avenue, a public thoroughfare.

7.     At said time and place, Defendant Hunzinger was operating a 2012 Freightliner Corp. eastbound on Kansas Avenue, attempted to make a left turn into the entrance for the Pilot Travel Center, and pulled in front of Plaintiff.

8.     At said time and place, Defendant Hunzinger negligently caused a collision when he pulled in front of Plaintiff's vehicle attempting to complete the left turn.

## COUNT I – NEGLIGENCE
### (Against Defendant Hunzinger)

9.     Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if fully set forth herein.

10.     At all relevant times, Defendant Hunzinger had a duty to use ordinary degree of care in operating his vehicle.

11.     In colliding with Plaintiff's vehicle, as set forth above, Defendant Hunzinger was negligent and breached his duty to use ordinary care in one or more of the following respects:

2

    a.    Defendant Hunzinger failed to keep his vehicle under control;

    b.    Defendant Hunzinger failed to yield the right of way;

    c.    Defendant Hunzinger failed to keep his vehicle within a proper lane of travel and improperly changed lanes;

    d.    Defendant Hunzinger failed to drive within the range of his vision in order to avoid colliding with any other vehicle using the roadway;

    e.    Defendant Hunzinger failed to keep a proper lookout for other vehicles and objects in his line of vision in order to avoid colliding with any other vehicle using the roadway; and

    f.    Defendant Hunzinger knew or by the use of ordinary care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slackened speed, sounded a warning, slackened speed and swerved, slackened speed and sounded a warning and/or swerved and sounded a warning, but Defendant Hunzinger failed to do so.

12.    As a direct and proximate result of the collision which was caused by the aforementioned acts and omissions of Defendant Hunzinger, Plaintiff was injured and has incurred and will continue to incur damages, including but not limited to, those arising from:

    a.    Past medical and hospital expenses;

    b.    Future medical, hospital and life care expenses;

    c.    Past lost wages;

    d.    Diminished earning capacity;

    e.    Past and future emotional distress;

    f.    Pain and suffering;

g.     Mental anguish;

h.     Disfigurement; and

i.     Past and future loss of enjoyment of life.

13.     All of Plaintiff's injuries, disabilities, infirmities and damages are permanent, painful, and progressive in nature and extent.

14.     As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant Hunzinger, Plaintiff's automobile sustained damage.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant Hunzinger for money damages in excess of $75,000; Plaintiff's costs incurred herein; and, for such other and further relief as the Court deems just and proper.

### COUNT II – RESPONDEAT SUPERIOR
(Plaintiff against Defendant Wheaton)

15.     Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if fully set forth herein.

16.     At all relevant times, including at the time of the aforesaid collision, Defendant Hunzinger was the employee, servant and/or agent of Defendant Wheaton, and was acting within the course and scope of his employment or agency with Defendant Wheaton.

17.     The negligence of Defendant Hunzinger, as set forth in Count I, is imputable to Defendant Wheaton, and Defendant Wheaton is therefore vicariously liable for Defendant Hunzinger's negligent acts and omissions under the doctrine of *respondeat superior*.

18.     As a direct and proximate result of the collision which was caused by the aforementioned acts and omissions of Defendant Hunzinger, Plaintiff was injured and has incurred and will continue to incur damages, including but not limited to, those arising from:

4

a.   Past medical and hospital expenses;

b.   Future medical, hospital and life care expenses;

c.   Past lost wages;

d.   Diminished earning capacity;

e.   Past and future emotional distress;

f.   Pain and suffering;

g.   Mental anguish;

h.   Disfigurement; and

i.   Past and future loss of enjoyment of life.

19.   All of Plaintiff's injuries, disabilities, infirmities and damages are permanent, painful, and progressive in nature and extent.

20.   As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant Hunzinger, Plaintiff's automobile sustained damage.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant Wheaton for money damages in excess of $75,000; Plaintiff's costs incurred herein; and, for such other and further relief as the Court deems just and proper.

<u>DEMAND FOR A JURY TRIAL</u>

In accordance with K.S.A. 60-238, Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

*/s/ David L. Johnson*
DAVID L. JOHNSON        #26685
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501
Fax:    (816) 888-7519
E-mail:
**ATTORNEY FOR PLAINTIFF**

ELECTRONICALLY FILED
2021 Jul 08 AM 11:21
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000447

Melinda Mock

vs.

Mark Hunzinger et. al.

**SUMMONS**

**Chapter 60 - Service by Attorney or Process Server**

To the above-named Defendant/Respondent:

> **Wheaton Van Line Inc**
> **C/O Gerber Moving & Storage, Inc.**
> **2222 S. 138th St.**
> **Bonner Springs, KS  66012**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> David Lawrence Johnson
> 4050 Pennsylvania Ave., Ste. 121
> Kansas City, MO 64111

within 21 days after service of summons on you.

*Kristi L. Hill*

Clerk of the District Court
Electronically signed  on 07/08/2021 01:06:53 PM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

**MELINDA MOCK,**

        Plaintiff(s),

vs.

**MARK HUNZINGER ET AL,**

        Defendant(s).

**Case No.: 2021-CV-000447**

**AFFIDAVIT OF SERVICE**

Court Date:   Court Time:
**WHEATON VAN LINE INC**

I, **Lisa L. Scott**, depose and say that:

On **07/14/2021** at **11:11 AM**, I served the within **SUMMONS;PETITION FOR DAMAGES ;BUSINESS ENTITY SEARCH** on **WHEATON VAN LINE INC** at **12601 KAW DR. C/O GERBER MOVING & STORAGE, INC., BONNER SPRINGS, KS, 66012** in the manner indicated below:

**CORPORATE SERVICE** By delivering a true copy of this process with a copy of the complaint, petition, or other initial pleading or paper (if any) to SIERRA DRYDALE (VP OF OPERATIONS/ AUTHORIZED TO SIGN), PERSON IN CHARGE of the above named entity and informing him/her of the contents.

X _____
**Lisa L. Scott**
License(s): PPS21-0679

Signed and sworn to before me on
this 15th day of July, 2021.



Notary Public - Joseph Michael Powers

ID#



*77541*

Melinda Mock

vs.

Mark Hunzinger et. al.

ELECTRONICALLY FILED
2021 Jul 08 AM 11:21
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000447

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

>**Wheaton Van Line Inc**
>**C/O Gerber Moving & Storage, Inc.**
>**2222 S. 138th St.**
>**Bonner Springs, KS  66012**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

>David Lawrence Johnson
>4050 Pennsylvania Ave., Ste. 121
>Kansas City, MO 64111

within 21 days after service of summons on you.

*Kristi L. Hill*

Clerk of the District Court
Electronically signed  on 07/08/2021 01:06:53 PM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages